IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: <br><br> SILVA MARTINEZ, EDDIE EDGAR <br><br><br> DEBTOR(S) | CASE NO.: 10-00405-SEK <br> JUDGE: SARA E. DE JESUS <br><br><br> (CHAPTER 7) |
|---|---|

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on August 17, 2010. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

Claims docket necessary at this time. Yes \_\_\_\_\_ No \_\_\_\_\_. Track No. _22_
Exemptions as claimed in Schedule C allowed. Yes \_\_\_\_\_ No \_\_\_\_
Creditor(s) Present Yes \_\_\_\_\_ No \_\_\_\_\_.     **Attorney's Information**
                                                  Present with Debtor(s) was
_____
_____  \_\_\_\_\_ Attorney of Record
_____  \_\_\_\_\_ Other: _____
_____  \_\_\_\_\_ Pro-Se - See Certificate

**Debtor to amend within \_\_\_\_\_ days the following:**
\_\_\_\_ A, \_\_\_\_ B, \_\_\_\_ C, \_\_\_\_ D, \_\_\_\_ E, \_\_\_\_ I & J, _✓_ Other _Schedule H_
\_\_\_\_ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within \_\_\_\_\_ days:**
\_\_\_\_ Documents on Real Property          \_\_\_\_ Documents on Vehicle
     (Appraisal, Title Search, Mortgage Balance)

---

**Trustee further requests that:**
\_\_\_\_ Case be closed as no-asset as of the date of §341(a) meeting.   _✓_ Upon receipt of documents.
\_\_\_\_ Case be held open for potential asset recovery.
\_\_\_\_ Case be **RESET** the §341(a) Meeting
     \_\_\_\_ On the \_\_\_\_ day of _____, 200\_\_\_, at _____.
     \_\_\_\_ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
          \_\_\_\_ Debtor(s) failed to appear.
          \_\_\_\_ Attorney for Debtor(s) failed to appear.
          \_\_\_\_ Further testimony or material is needed.

\_\_\_\_ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
     \_\_\_\_ Failure to provide complete: \_\_\_\_ Schedules, \_\_\_\_ Statement of Affairs, \_\_\_\_ Mailing Lists,
     \_\_\_\_ Description of estate assets.
     \_\_\_\_ Failure of _____ Debtor(s) _____ Counsel to appear at:
          _____ initial _____ subsequent creditor meetings.

Dated: August 17, 2010
                                              WIGBERTO LUGO-MENDER, Trustee